denied. *Henry S. Drinker* and *Frederick E. S. Morrison* for petitioners. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Harry Marselli* for respondent.

No. 144. CARPENTER CONTAINER CORP. *v.* CONTAINER COMPANY. C. A. 3d Cir. Certiorari denied. *Hugh M. Morris, Alexander L. Nichols* and *Marvin C. Harrison* for petitioner. *Newton A. Burgess, Eugene G. Mason, H. H. Hamilton* and *John J. Mahoney* for respondent.

Nos. 145 and 146. CAMPBELL *v.* DEVINY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for respondents. With them on the briefs were *Herman Marcuse* in No. 145 and *Morton Hollander* in No. 146.

No. 147. WABASH RAILROAD Co. *v.* BYLER. C. A. 8th Cir. Certiorari denied. *Sam B. Sebree* for petitioner. *John R. Baty* for respondent.

No. 149. MILLS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles E. Ford* and *H. Clifford Allder* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 151. STOEHR, TRADING AS STOEHR & FISTER, *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Charles J. Margiotti* and *Samuel Goldstein* for petitioner.